# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAMIRO J. CAMACHO, JR.,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 73440

**FILED**

SEP 25 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on June 26, 2017. Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Linda Marie Bell, District Judge
Ramiro J. Camacho, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

17-32354